**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO. 08-CR-00280** |
| **VERSUS** | * | **JUDGE MELANCON** |
| **TY ANTHONY TRAHAN** | * | **MAGISTRATE JUDGE HILL** |

**ORDER OF DETENTION PENDING TRIAL**

In accordance with the Bail Reform Act, 18 U.S.C. 3142(f), a detention hearing in this case was held on October 22, 2008. I conclude that the following facts require the detention of the defendant pending trial.

**FINDINGS OF FACT**

There is probable cause to believe that the defendant has committed a felony involving a minor victim, and a crime of violence as that term is defined by the Bail Reform Act, [18 USC 3156(a)(4)(C)] specifically, receiving Child Pornography, and that the defendant has not rebutted the presumption established by this finding that no condition or combination of conditions will reasonably assure the safety of the community and the appearance of the defendant at trial.

**WRITTEN REASONS FOR DETENTION**

I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that: (1) the defendant had in his possession multiple images of child pornography, (2) the defendant confessed to having sexual

relations with a minor, which resulted in his arrest in 2006; (3) one of the images in the defendant's possession depicted child bondage; and (4) the defendant apparently violated the terms of a restraining order issued by the state court, which prohibited all contact with his ex-wife.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correction facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Lafayette, Louisiana, October 22, 2008.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE